UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALDANA GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>KIM HOLLAND, Warden,<br><br>Respondent. | No. 1:13-cv-00907-AWI-SKO  HC<br><br>**ORDER DIRECTING CLERK OF COURT TO AMEND CAPTION** |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party. In the above-captioned case, Joe A. Lizarraga has succeeded Kim Holland as warden of Mule Creek State Prison, in Ione, California.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Joe A. Lizarraga, Warden, Mule Creek State Prison, as Respondent.

IT IS SO ORDERED.

Dated:   **September 8, 2016**                    /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE

1